**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10085-STA |
| KARLA PATRICIA OCHOA-LIMON, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on January 2, 2018, Assistant United States Attorney, Victor Lee Ivy, appearing for the Government and the defendant, Karla Patricia Ochoa-Limon, appearing in person, and with counsel, Stephen Leffler.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, APRIL 30, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 2nd day of January, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT